**Order entered February 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01071-CR

**RUSSELL SCOTT FREEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 02-21-0287**

## ORDER

Appellant's second motion for extension of time to file appellant's brief is **GRANTED**, and the brief received with the motion is **ORDERED** filed as of the date of this order.

/s/    DENNISE GARCIA
JUSTICE